PROB 12B
(7/93)

Report Date: July 19, 2006

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2006

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Linda Sue Wilson

Case Number: 2:03CR02123-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/8/2004

Type of Supervision: Supervised Release

Original Offense: Possession of an Unregistered Firearm, 26 U.S.C. § 5861 (d)

Date Supervision Commenced: 6/5/2006

Original Sentence: Prison - 30 Months; TSR - 36 Months

Date Supervision Expires: 6/4/2009

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

17 You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**CAUSE**

The offender was recently released from custody on June 5, 2006, to begin a 3-year term of supervised release. In order for her substance abuse testing conditions previously ordered by the Court to be in compliance with recent 9th Circuit case law, the above modification is recommended. The offender has agreed to the modification and a signed waiver is enclosed for the Court's review.

Respectfully submitted,

by [signature]

Kevin Crawford
U.S. Probation Officer
Date: July 19, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

July 27, 2006
Date

PROB 49
(3/89)

# United States District Court

## Eastern District of Washington

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17 You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Witness: [signature]
Kevin Crawford
U.S. Probation Officer

Signed: Linda Wilson
Linda Wilson
Probationer or Supervised Releasee

6-6-06
Date